**Fill in this information to identify the case:**

Debtor 1  Mihaela V Popa

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern    District of IL
                                                                 (State)

Case number  19-28293

---

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 0 5 8 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 12/11/19 POC 350  12/11/19 410A 250 | (5) | $ 600.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **Mihaela V Popa**  Case number (*if known*) 19-28293
First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **Timothy R. Yueill**    Date 05/11/20
Signature

Print:  Timothy    R.    Yueill    Title  Attorney for Creditor
First Name    Middle Name    Last Name

Company  Law Offices of Ira T. Nevel

Address  175. N. Franklin St., Ste. 201
Number    Street
Chicago    IL    60606
City    State    ZIP Code

Contact phone  (312) 357 – 1125    Email  timothyy@nevellaw.com

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 05/11/2020

Chapter 13 Trustee: Glenn B Stearns
Trustee Address: 801 Warrenville Road Suite 650 Lisle, IL 60532
Trustee Email:

Debtor's Counsel Name: David H Cutler
Debtor's Counsel Address: Cutler & Associates, Ltd. 4131 Main St. Skokie, IL 60076
Debtor's Counsel Email: cutlerfilings@gmail.com

Debtor 1 Name: Mihaela V Popa
Debtor 2 Name
Debtor's Mailing Address: 139 W Montana Ave Glendale Heights, IL 60139
Debtor Email:

/s/ Timothy R. Yueill

**LAW OFFICES OF IRA T. NEVEL, LLC**
175 N. Franklin St., Suite 201
Chicago, IL 60606
312-357-1125

Thursday, October 31, 2019

PENNYMAC LOAN SERVICES, LLC
27001 AGOURA ROAD
CALABASAS, CA 913101

# I N V O I C E

| | |
|---|---|
| Matter ID: POPA MIHAELA | Matter Producer: TimothyY |
| Client ID: PENNYMAC | Client Producer: IraN |
| | Invoice #: 91456 |
| | Federal ID #: |

**For Professional Services Rendered:**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/29/2019 | Legal Services Rendered -Plan Review | 0.00 hr | $300.00 |
| 10/30/2019 | Legal Services Rendered -Solicitation letter | 0.00 hr | 50.00 |
| | Total Professional Services: | | $350.00 |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| For Professional Services: | 0.00 Hours | $350.00 |
| **Total Due:** | | **$350.00** |

**DUE UPON RECEIPT**

*Page 1*

**LAW OFFICES OF IRA T. NEVEL, LLC**

175 N. Franklin St., Suite 201
Chicago, IL 60606
312-357-1125

Thursday, December 12, 2019

PENNYMAC LOAN SERVICES, LLC
27001 AGOURA ROAD
CALABASAS, CA 913101

# I N V O I C E

| | |
|---|---|
| Matter ID: ▉▉▉▉▉ | Matter Producer:  TimothyY |
| POPA MIHAELA ▉▉▉▉▉ | |
| Client ID:  PENNYMAC | Client Producer:  IraN |
| | Invoice #: 92327 |
| | Federal ID #: |

**For Professional Services Rendered:**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/11/2019 | Legal Services Rendered - Prepare and File a Proof of Claim | 0.00 hr | $350.00 |
| | Total Professional Services: | | $350.00 |

**INVOICE SUMMARY**

| | | | |
|---|---|---|---|
| | For Professional Services: | 0.00 Hours | $350.00 |
| | **Total Due:** | | **$350.00** |

**DUE UPON RECEIPT**

*Page 1*

**LAW OFFICES OF IRA T. NEVEL, LLC**

175 N. Franklin St., Suite 201
Chicago, IL 60606
312-357-1125

Thursday, January 02, 2020

PENNYMAC LOAN SERVICES, LLC
27001 AGOURA ROAD
CALABASAS, CA 913101

# I N V O I C E

| | |
|---|---|
| Matter ID: ▓▓▓▓▓▓ | Matter Producer: TimothyY |
| POPA MIHAELA ▓▓▓▓▓ | |
| Client ID: PENNYMAC | Client Producer: IraN |
| | Invoice #: 92760 |
| | Federal ID #: |

**For Professional Services Rendered:**

| | | | |
|---|---|---|---|
| 12/11/2019 | Legal Services Rendered - Preparation and Filing of POC 410A | 0.00 hr | $250.00 |
| | | Total Professional Services: | $250.00 |

**For Disbursements Incurred:**

| | | | |
|---|---|---|---|
| 12/09/2019 | Title Commitment | | $225.00 |
| | | Total Disbursements Incurred: | $225.00 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| For Professional Services: | 0.00 Hours | $250.00 |
| For Disbursements Incurred: | | 225.00 |
| **Total Due:** | | **$475.00** |

**DUE UPON RECEIPT**

*Page 1*